**FILED**

JUL 0 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michael J. Crummer,

    Plaintiff,

vs.

People of the State of California,

    Defendant.

CASE NO. CV 08 3158 (PR) WHA

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Michael J. Crummer, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A__ Net: _____

Employer: __N/A__

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____ - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _____N/A_____
4  _____
5  _____

6  2.      Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8       a.   Business, Profession or                      Yes ___ No _X_
9            self employment
10      b.   Income from stocks, bonds,                   Yes ___ No _X_
11           or royalties?
12      c.   Rent payments?                               Yes ___ No _X_
13      d.   Pensions, annuities, or                      Yes ___ No _X_
14           life insurance payments?
15      e.   Federal or State welfare payments,           Yes ___ No _X_
16           Social Security or other govern-
17           ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.  N/A
20  _____
21  _____

22  3.      Are you married?                              Yes ___ No _X_
23  Spouse's Full Name: _____N/A_____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $____N/A_____ Net $_____
27  4.      a.   List amount you contribute to your spouse's support : $ _____
28          b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____              - 2 -

15

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  __N/A__

4  _____

5  5.  Do you own or are you buying a home?  Yes ___ No _X_
6  Estimated Market Value: $__N/A__  Amount of Mortgage: $_____
7  6.  Do you own an automobile?  Yes ___ No _X_
8  Make __N/A__  Year _____  Model _____
9  Is it financed? Yes ___ No ___  If so, Total due: $ _____
10 Monthly Payment: $ _____
11 7.  Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
12 Name(s) and address(es) of bank: __N/A__

13 _____

14 Present balance(s): $ _____
15 Do you own any cash? Yes ___ No _X_ Amount: $ _____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.) Yes ___ No _X_

18 _____

19 8.  What are your monthly expenses?
20 Rent: $ __N/A__  Utilities: _____
21 Food: $ _____  Clothing: _____
22 Charge Accounts: __N/A__

23 Name of Account          Monthly Payment          Total Owed on This Acct.
24 _____           $ _____           $ _____
25 _____           $ _____           $ _____
26 _____           $ _____           $ _____

27 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 3 -

16

1
2
3  10.   Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?                                                  Yes ___  No  X
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.  N/A — "Criminal Proceeding."
7
8
9       I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11       I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.
13
14  _____              _____
15      DATE                      SIGNATURE OF APPLICANT
16
17
...
28
PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____           - 4 -

17

1
2                                                          Case Number: _____
3
4
5
6
7
8
9                                          **CERTIFICATE OF FUNDS**
10                                                      **IN**
11                                          **PRISONER'S ACCOUNT**
12
13     I certify that attached hereto is a true and correct copy of the prisoner's trust account
14   statement showing transactions of **Michael J. Crummer** for the last six months at
15                                          [prisoner name]
16   **Pelican Bay State Prison** where (s)he is confined.
17               [name of institution]
18     I further certify that the average deposits each month to this prisoner's account for the most
19   recent 6-month period were $ __0__ and the average balance in the prisoner's account
20   each month for the most recent 6-month period was $ __0__.
21
22   Dated: **6-15-08**                          _____/s/_____
23                                                     [Authorized officer of the institution]
24
25
26
27
28

18

```
                   CALIFORNIA DEPARTMENT OF CORRECTIONS
                         PELICAN BAY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: APR. 01, 2008 THRU MAY  08, 2008

ACCOUNT NUMBER : V85939                   BED/CELL NUMBER: BF04L 000000107L
ACCOUNT NAME   : CRUMMER, MICHAEL JASON          ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                            TRUST ACCOUNT ACTIVITY

          << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                           CURRENT HOLDS IN EFFECT
   DATE       HOLD
  PLACED      CODE       DESCRIPTION              COMMENT         HOLD AMOUNT
 ----------   ----   ------------------------   ------------      ------------
 03/17/2008   H200   GENERAL HOLD                  4054  ID             5.00

                            TRUST ACCOUNT SUMMARY

   BEGINNING       TOTAL         TOTAL         CURRENT         HOLDS        TRANSACTIONS
    BALANCE       DEPOSITS    WITHDRAWALS      BALANCE        BALANCE      TO BE POSTED
  -----------   -----------   ------------   ------------   -----------   -------------
       0.00         0.00          0.00          0.00           5.00           0.00


                                                                        CURRENT
                                                                       AVAILABLE
                                                                        BALANCE
                                                                      ------------
                                                                          5.00-
```

19

```
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              PELICAN BAY STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: MAR. 01, 2008 THRU APR. 08, 2008
```

ACCOUNT NUMBER : V85939                         BED/CELL NUMBER: BF04L 000000107L
ACCOUNT NAME   : CRUMMER, MICHAEL JASON         ACCOUNT TYPE: I
PRIVILEGE GROUP: B

                          TRUST ACCOUNT ACTIVITY

             << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                         CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION  | COMMENT  | HOLD AMOUNT |
|-------------|-----------|--------------|----------|-------------|
| 03/17/2008  | H200      | GENERAL HOLD | 4054  ID | 5.00        |

                          TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00              | 0.00           | 0.00              | 0.00            | 5.00          | 0.00                      |

                                              CURRENT
                                              AVAILABLE
                                              BALANCE
                                              ----------
                                                 5.00-

20

```
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                            PELICAN BAY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JAN. 01, 2008 THRU FEB. 06, 2008

ACCOUNT NUMBER : V85939                      BED/CELL NUMBER: AF03L 000000113U
ACCOUNT NAME   : CRUMMER, MICHAEL JASON              ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                               TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                             CURRENT HOLDS IN EFFECT

    DATE        HOLD
   PLACED       CODE       DESCRIPTION              COMMENT           HOLD AMOUNT
   --------     ----       -----------              -------           -----------
  02/01/2008    H118    LEGAL COPIES HOLD            3336                 17.60

                              TRUST ACCOUNT SUMMARY

  BEGINNING        TOTAL         TOTAL         CURRENT         HOLDS        TRANSACTIONS
   BALANCE        DEPOSITS    WITHDRAWALS      BALANCE        BALANCE       TO BE POSTED
 ------------   ------------  ------------   ------------   -----------   --------------
     0.00          0.00          0.00           0.00          17.60            0.00

                                                                              CURRENT
                                                                            AVAILABLE
                                                                             BALANCE
                                                                           ------------
                                                                              17.60-
```

21

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         PELICAN BAY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: DEC. 01, 2007 THRU JAN. 08, 2008

ACCOUNT NUMBER : V85939                      BED/CELL NUMBER: AF05L 000000107U
ACCOUNT NAME   : CRUMMER, MICHAEL JASON              ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                              TRUST ACCOUNT ACTIVITY

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY

  BEGINNING       TOTAL          TOTAL         CURRENT        HOLDS       TRANSACTIONS
   BALANCE       DEPOSITS     WITHDRAWALS      BALANCE       BALANCE      TO BE POSTED
  ---------    ------------   ------------   ------------   ----------   -------------
     0.00          0.00           0.00           0.00          0.00           0.00

                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ----------
                                                                0.00
```

22

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 01, 2007 THRU NOV. 07, 2007

ACCOUNT NUMBER : V85939                   BED/CELL NUMBER: AF0SL 000000107U
ACCOUNT NAME   : CRUMMER, MICHAEL JASON      ACCOUNT TYPE: I
PRIVILEGE GROUP: B

TRUST ACCOUNT ACTIVITY

\* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
\* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

&lt;&lt; NO ACCOUNT ACTIVITY FOR THIS PERIOD &gt;&gt;

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-----------
0.00

23

```
REPORT ID: TS3030   .701                                          REPORT DATE: 09/10/07
                                                                  PAGE NO:           1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                               PELICAN BAY STATE PRISON
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: AUG. 01, 2007 THRU SEP. 10, 2007

ACCOUNT NUMBER : V85939                       BED/CELL NUMBER: AF05L 000000107U
ACCOUNT NAME   : CRUMMER, MICHAEL JASON       ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                              TRUST ACCOUNT ACTIVITY

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                               TRUST ACCOUNT SUMMARY

    BEGINNING        TOTAL          TOTAL          CURRENT         HOLDS         TRANSACTIONS
    BALANCE         DEPOSITS     WITHDRAWALS       BALANCE        BALANCE        TO BE POSTED
    ---------       --------     -----------       --------       --------       ------------
       0.00           0.00           0.00            0.00           0.00             0.00

                                                                              CURRENT
                                                                             AVAILABLE
                                                                              BALANCE
                                                                             ---------
                                                                                0.00
```

24